**UNITED STATES of America
Plaintiff–Appellee**

v.

**Maurice MALONE, also known as
Tito Defendant–Appellant**

No. 16-1848

United States Court of Appeals,
Eighth Circuit.

Submitted: October 14, 2016

Filed: October 19, 2016

---

1. The Honorable Michael J. Davis, United States District Judge for the District of Minne-    sota.

Daniel C. Tvedt, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Iowa, Cedar Rapids, IA, for Plaintiff–Appellee

Maurice Malone, Pro Se

Before SMITH, BENTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Maurice Malone appeals the sentence the district court[1] imposed after revoking his supervised release. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

The district court did not abuse its discretion. *See United States v. Merrival*, 521 F.3d 889, 890 (8th Cir. 2008) (substantive reasonableness of revocation sentence is reviewed under deferential abuse-of-discretion standard). The within-Guidelines-range sentence was not substantively unreasonable, and the court considered the 18 U.S.C. § 3553(a) factors. *See United States v. Petreikis*, 551 F.3d 822, 824 (8th Cir. 2009) (applying presumption of substantive reasonableness to revocation sentence within Guidelines range); *United States v. Miller*, 557 F.3d 910, 917 (8th Cir. 2009) (under substantive-reasonableness test, district court abuses its discretion if it fails to consider relevant § 3553(a) factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment in weighing factors).

The judgment is affirmed, and counsel's motion to withdraw is granted.

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.